IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BILLY JOE MAGWOOD              )
                               )
    Petitioner,                )
                               )
    v.                         )    CIVIL ACTION NO.
                               )     2:97cv629-MHT
GRANTT CULLIVER, WARDEN,       )         (WO)
et al.,                        )
                               )
    Respondents.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner Billy Joe Magwood's petition for writ of habeas corpus (doc. no. 1) is granted on his fair-warning and ineffective-assistance claims and is denied on all other claims.

(2) The sentence of petitioner Magwood is vacated.

(3) The State of Alabama has 90 days from the date of this judgment to resentence petitioner Magwood.

It is further ORDERED that costs are taxed against respondents Grantt Culliver, Richard F. Allen, and Troy King, for which execution may issue.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of April, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE