IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BILLY JOE MAGWOOD, | ) |
| | ) |
|    Petitioner, | ) |
| | ) CIVIL ACTION NO. |
|    v. | ) 2:97cv629-MHT |
| | )     (WO) |
| WARDEN, COMMISSIONER, | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, and ATTORNEY | ) |
| GENERAL OF ALABAMA, | ) |
| | ) |
|    Respondents. | ) |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on December 19, 2011, wherein the final judgment of this court made and entered herein on April 9, 2007 (Doc. no. 116), was affirmed as to the fair-warning claim; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on January 17, 2012, and received in the office of the clerk of this court on January 19, 2012 (Doc. no. 153), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The stay entered on May 25, 2007 (Doc. No. 124), is dissolved.

(2) The final judgment of this court made and entered on April 9, 2007 (Doc. no. 116), is in full force and effect as of this date.

DONE, this the 7th day of February, 2012.

                               /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE